Fishblatt *v.* Ryon.

MAME H. RYON, appellant,

*v.*

MARY J. LOVELESS and ISABELLA S. FISHBLATT, respondents.

[Filed March 4th, 1903.]

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *51 Atl. Rep. 1094.*

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion in the court below.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES—11.

*For reversal*—VROOM—1.